AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

STEPHEN J. LINDSEY
PATRICIA LINDSEY

SUMMONS IN A CIVIL CASE

V.

UNITED STATES

CASE NUMBER: 05-1761 RBW

TO: (Name and address of Defendant)

U.S. Attorney General
DOJ
950 Pennsylvania Avenue NW
Washington, DC 20530

PRO SE

YOU ARE HEREBY SUMMONED and required to serve on ~~PLAINTIFF'S ATTORNEY~~ (name and address)

Stephen J. Lendsey
9871 Stanford Avenue
Garden Grove, CA 32841

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK                                    DATE  9-16-05

T. Davis

(By) DEPUTY CLERK

CERTIFIED MAIL  7005 1160 0002 8590 8710

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | SEPTEMBER 19, 2005 |
| NAME OF SERVER (PRINT)  STEPHEN J. LINDSEY | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL  7005 1160 0002 8590 8710

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  SEPTEMBER 19, 2005       /s/ Stephen J. Lindsey
              Date                     Signature of Server

9871 STANFORD AVE, GARDEN GROVE, CA 92841
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) SEP 4 6 20   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S ATTORNEY GENERAL<br>DOJ.<br>950 PENNSYLVANIA AVENUE<br>WASHINGTON D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0002 8590 8710 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

STEPHEN J. LINDSEY
9871 STANFORD AVE.
GARDEN GROVE, CA 92841

C001