IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN J. LINDSEY | ) | |
| PATRICIA L. LINDSEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-1761 (RBW) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO ANSWER

Defendant, the United States, respectfully requests that the Court enlarge the Government's time to answer the complaint an additional thirty days. As grounds for this motion, the Government asserts that the Internal Revenue Service is currently searching its records to determine what, if any, collection actions were taken against the plaintiffs. Although the United States could certainly deny generally all the allegations in the complaint, doing so will not assist the parties and the Court in narrowing the disputed facts and subjects of the litigation.

A proposed order is filed with this motion.

DATED:    November 23, 2005

                                  Respectfully submitted,

                                  <u>/s/ Jason S. Zarin</u>
                                  JASON S. ZARIN
                                  Trial Attorney, Tax Division
                                  United States Department of Justice
                                  Post Office Box 227
                                  Ben Franklin Station
                                  Washington, DC 20044
                                  Telephone: (202) 514-0472

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion for Enlargement of Time to Answer has been made this 23d day of November, 2005, by mailing, postage prepaid, addressed to:

>Stephen & Patricia Lindsey
>9871 Stanford Ave.
>Garden Grove, CA 92841

/s/ Jason S. Zarin
_____
JASON S. ZARIN