IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN J. LINDSEY<br>PATRICIA L. LINDSEY, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil No. 1:05-1761 (RBW) |
| UNITED STATES, | )<br>)<br>) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the United States' motion to enlarge time to answer the complaint. Having considered the motion, any opposition, and for good cause shown, the Court GRANTS the motion. Accordingly, the Court ORDERS that the deadline for the United States to serve an answer to the complaint shall be enlarged thirty (30) days.

So ordered this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 23d day of November, 2005, by mailing, postage prepaid, addressed to:

>Stephen & Patricia Lindsey
>9871 Stanford Ave.
>Garden Grove, CA 92841

/s/ Jason S. Zarin

_____

JASON S. ZARIN