IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN J. LINDSEY | ) | |
| PATRICIA L. LINDSEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-1761 (RBW) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>NOTICE OF RELATED CASES</u>

Save for the identity of the plaintiffs, the complaints in the following cases are identical to that filed in this matter:

- Grant Holyoak v. United States, Civil No. 1:05-1829 (HHK)

- Brent & Rhonda Gross v. United States, Civil No. 1:05-1818 (JR)

- Lee F. Garvin v. United States, Civil No. 1:05-1775 (RBW)

- Sandra Shoemaker v. United States, Civil No. 1:05-1736 (RWR)

- Matthew Brandt v. United States, Civil No. 1:05-1613 (ESH)

- Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656 (GK)

- Lavern Koerner v. United States, Civil No. 1:05-1600 (ESH)

- Charles Radcliffe v. United States, Civil No. 1:05-1624 (ES)

- Wallace Lohmann v. United States, Civil No. 1:05-1976 (HHK)

- Bruce & Elise Travis v. United States, Civil No. 1:05-1867 (RCL)

- Daniel & Donna Turner v. United States, Civil No. 1:05-1716 (JDB)

Indeed, not only are the complaints identical, but some subsequent filings (*e.g.*, plaintiffs' opposition to the Government's motion to dismiss) have been identical as well.

DATED:    November 23, 2005

                                      Respectfully submitted,

                                      <u>/s/ Jason S. Zarin</u>
                                      JASON S. ZARIN
                                      Trial Attorney, Tax Division
                                      United States Department of Justice
                                      Post Office Box 227
                                      Ben Franklin Station
                                      Washington, DC 20044
                                      Telephone: (202) 514-0472

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Related Cases has been made this 23d day of November, 2005, by mailing, postage prepaid, addressed to:

>Stephen & Patricia Lindsey
>9871 Stanford Ave.
>Garden Grove, CA 92841

/s/ Jason S. Zarin
_____
JASON S. ZARIN