IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN J. LINDSEY<br>PATRICIA L. LINDSEY,<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:05-1761 (RBW) |

MOTION TO DISMISS

  The United States, through undersigned counsel, respectfully requests that the Court dismiss this action. As grounds for this motion, the United States submits that plaintiffs have failed to properly serve the United States. Accordingly, the Court should dismiss this action under Fed. R. Civ. P. 12(b)(5).

  A supporting memorandum of law and a proposed order are submitted with this motion.

DATED:	December 1, 2005

                                    Respectfully submitted,

                                    <u>/s/ Jason S. Zarin</u>
                                    JASON S. ZARIN
                                    Trial Attorney, Tax Division
                                    United States Department of Justice
                                    Post Office Box 227
                                    Ben Franklin Station
                                    Washington, DC 20044
                                    Telephone: (202) 514-0472

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing Motion to Dismiss has been made this 1st day of December, 2005, by mailing, postage prepaid, addressed to:

>Stephen & Patricia Lindsey
>9871 Stanford Ave.
>Garden Grove, CA 92841

/s/ Jason S. Zarin
_____
JASON S. ZARIN