IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN J. LINDSEY<br>PATRICIA L. LINDSEY,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:05-1761 (RBW)<br>)<br>)<br>)<br>) |

MEMORANDUM OF LAW IN SUPPORT OF THE UNITED STATES'
<u>MOTION TO DISMISS</u>

This case must be dismissed because plaintiffs have not properly served the United States.

Federal Rule of Civil Procedure 4(c)(2) requires that service of the summons and complaint be effected by "any person who is not a party." The summons and complaint in this case were improperly served because they were served by plaintiff Stephen Lindsey himself. (<u>See</u> Return of Service, Docket No. 3.)

Failure to properly serve the United States, its agencies and employees, deprives the Court of personal jurisdiction, leaving the Court with no power to compel an answer or response. <u>Rabiolo v. Weinstein</u>, 357 F. 2d 167, 168 (7th Cir. 1966); see also <u>Insurance Corp. of Ireland v. Compagnie des Bauxites de Guinee</u>, 456 U.S. 694, 715 n.6 (1982) (Powell, J. concurring). A jurisdictional defect of this sort is fatal to maintenance of an action. <u>Bland v. Britt</u>, 271 F. 2d 193 (4th Cir. 1959). Accordingly, courts routinely

dismiss actions when service is improper. See Light v. Wolf, 816 F. 2d 746, 750 (D.C. Cir. 1987). Once a defendant challenges the sufficiency of service of process, the party alleging adequate service of process has the burden of proving that such service was proper. See Myers v. American Dental Ass'n, 695 F. 2d 716, 725 n.10 (3d Cir. 1982); Familia De Boom v. Arosa Mercantil, S.A., 629 F. 2d 1134, 1139 (5th Cir. 1980). Since the United States was not properly served as required under Rule 4(c)(2), the complaint should be dismissed.

DATED:   December 1, 2005

                                          Respectfully submitted,

                                          /s/ Jason S. Zarin
                                          JASON S. ZARIN
                                          Trial Attorney, Tax Division
                                          United States Department of Justice
                                          Post Office Box 227
                                          Ben Franklin Station
                                          Washington, DC 20044
                                          Telephone: (202) 514-0472

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Memorandum of Law in Support of the United States' Motion to Dismiss has been made this 1st day of December, 2005, by mailing, postage prepaid, addressed to:

>Stephen & Patricia Lindsey
>9871 Stanford Ave.
>Garden Grove, CA 92841

/s/ Jason S. Zarin

_____

JASON S. ZARIN