IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN J. LINDSEY<br>PATRICIA L. LINDSEY,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:05-1761 (RBW)<br>)<br>)<br>)<br>) |

ORDER

This matter comes before the Court on the United States' motion to dismiss. Having considered the motion, any opposition, and the entire record of this case, the Court ORDERS that this case is DISMISSED.

So ordered this ___ day of _____, 200__

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 1st day of December, 2005, by mailing, postage prepaid, addressed to:

    Stephen & Patricia Lindsey
    9871 Stanford Ave.
    Garden Grove, CA 92841


    /s/ Jason S. Zarin
    _____
    JASON S. ZARIN