# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Stephen J Lindsey,
Patricia Lindsey,
9871 Stanford Ave.,
Garden Grove CA 92841
714-530-3399

Case No. 1:05-1761(RBW)

        Plaintiff(s),

v.

United States

        Defendant.

## OBJECTION TO MOTION TO DISMISS

Plaintiffs' object to and move to strike defendants' motion to dismiss and show the court as follows:

1. Defendant's motion insults the intelligence of the plaintiff and the court.

2. Defendant sets forth as a motion to dismiss that defendant has been improperly served pursuant to Rule 4(c)(2) alleging that the complaint and summons were served by Steven J Lindsey.

3. Defendant's attorney is trained and knows the rules and which rules apply to what.

4. Defendant's attorney knows that Rule 4(c)(2) applies to personal service only.

5. Defendant's attorney knows that Rule 4(I)(1)(b) applies to service on the United States as Mr. Wainstein has pointed out when service was attempted by waver of service under Rule 4(d).

6. Defendant's attorney knows that Rule 4(I)(1)(b) is silent as to who may sign the return of service.

7. Defendant is in default and has interposed its motion for the sole purpose of

delaying this litigation and for increasing the cost and expense of this litigation.

8. The record shows that defendant was properly served in accordance with Civ P. Rule 4(I)(1)(b).

9. The record shows that defendant has not properly answered the complaint.

10. The record shows that the defendant's motion to dismiss was filed after the defendant defaulted on the complaint.

Wherefore, plaintiffs move the court to strike/deny defendant's motion to dismiss and grant default judgement in favor of the plaintiffs for the relief demanded in the complaint.

Dated December 14, 2005

_____
Stephen J Lindsey
9871 Stanford Ave.,
Garden Grove CA 92841
714-530-3399

_____
Patricia Lindsey

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on defendant's attorney at his address of record.

Dated December 14, 2005

_____
Stephen J Lindsey