## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. LINDSEY <br> and <br> PATRICIA LINDSEY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:05cv1761 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding, and strike the appearance of Jason S. Zarin.

DATED: January 9, 2006.

                                                Respectfully submitted,

                                                /s/ Jennifer L. Vozne <br>
                                                JENNIFER L. VOZNE <br>
                                                Trial Attorney, Tax Division <br>
                                                U.S. Department of Justice <br>
                                                P.O. Box 227, Ben Franklin Station <br>
                                                Washington, D.C.  20044 <br>
                                                Telephone: (202) 307-6555 <br>
                                                Facsimile: (202) 514-6866 <br>
                                                Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL: <br>
KENNETH L. WAINSTEIN <br>
United States Attorney

1495455.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing ENTRY OF APPEARANCE has been made this 9th day of January, 2006, by mailing, postage prepaid, addressed to:

Stephen J. Lindsey
Patricia Lindsey
9871 Standford Avenue
Garden Grove, CA 92841

/s/ Jennifer L. Vozne
_____
JENNIFER L. VOZNE