# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Stephen J Lindsey,
Paricia Lindsey,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. **1:05-cv-01761(RBW)**

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiffs request that default be entered forthwith against defendant.

2. The record shows that plaintiffs filed a complaint in the instant matter on September 1, 2005;

3. The record shows that plaintiffs served the United States Attorney the summons and complaint on September 28, 2005.

4. The record shows that the defendants' answer was due on November 28, 2005.

5. The record shows that on November 23, 2005 the United States filed an extension of time to answer.

6. The record shows that on November 30, 2005 the defendants' motion for an extension of time was denied.

7. The record shows that the denial was dated two (2) days after the defendants' answer was due.

8. The record shows that on December 1, 2005, defendants filed a motion to dismiss. This motion was filed 3 days late.

9. The record shows that on December 16, 2005 plaintiffs filed an opposition to defendants' motion to dismiss.

6.   The record shows that defendant has not responded to plaintiffs' opposition to defendants' motion to dismiss.

Inasmuch as defendants' motion to dismiss was filed three(3) days late it cannot be considered by the court and must be stricken from the record and default be granted as a matter of law.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to defend in this matter plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated *February 21*, 2006

_____
Stephen J Lindsey
9871 Stanford Ave.
Garden Grove CA 92841
714-530-3399

_____
Paricia Lindsey,
9871 Stanford Ave.
Garden Grove CA 92841
714-530-3399

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing and a copy of the amended complaint on defendant's attorney at his address of record.

Dated _____FEBRUARY 21_____, 2006

_____
Stephen J Lindsey