IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. LINDSEY & <br> PATRICIA LINDSEY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:05cv1761 (RBW) <br> ) <br> ) <br> ) <br> ) |

**UNITED STATES' OPPOSITION TO
PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

The United States opposes plaintiffs' request for entry of default because the United States has defended this action by filing a motion under Fed. R. Civ. P. 12(b).

Plaintiffs filed their complaint on September 1, 2005 and served the United States Attorney General and the United States Attorney for the District of Columbia on September 26, 2005 and September 28, 2005 respectively. They did so by sending, via certified mail, a copy of the complaint and summons to the U.S. Attorney General and the United States Attorney for the District of Columbia.

The United States timely moved for an extension of time to respond. On November 30, 2005, the motion was denied for failure to comply with LCvR 7(m) and for failure to identify the requested date of extension. The next day, December 1, 2005, the United States moved to dismiss the action pursuant to Fed. R. Civ. P. 12. The Court has not yet ruled on the motion.

Thus, the United States has defended this action by filing a motion to dismiss pursuant to Fed. R. Civ. P. 12 and plaintiffs' request for entry of default should be denied.

DATED: March 6, 2006.

Respectfully submitted,

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone/Fax: (202) 307-6555/514-6866
Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' OPPOSITION TO PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT and proposed ORDER were caused to be served upon the following individual(s) on March 6, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Stephen J. Lindsey
> Patricia Lindsey
> 9871 Standford Avenue
> Garden Grove, CA 92841.

>   /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1577611.1