IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. LINDSEY & <br> PATRICIA LINDSEY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:05cv1761 (RBW) <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

Having considered plaintiffs' request for entry of default, the United States' opposition, any reply thereto, and the entire record of this case, the Court concludes that plaintiffs' request for entry of default should be and is DENIED.

Done this _____ day of _____, 2006 at Washington, District of Columbia.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

| | |
|---|---|
| JENNIFER L. VOZNE <br> Trial Attorney, Tax Division <br> U.S. Department of Justice <br> P.O. Box 227, Ben Franklin Station <br> Washington, DC 20044 <br> Email: Jennifer.L.Vozne@usdoj.gov | STEPHEN J. LINDSEY <br> PATRICIA LINDSEY <br> Plaintiffs Pro Se <br> 9871 Standford Avenue <br> Garden Grove, CA 92841 |

1577639.1