# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
STEPHEN J. LINDSEY and                  )
PATRICIA L. LINDSEY,                    )
                                        )
        Plaintiffs,                     )
                                        )
                                        )
        v.                              )        **Civil Action No. 05-1761 (RBW)**
                                        )
                                        )
UNITED STATES,                          )
                                        )
        Defendant.                      )
_____ )

## <u>ORDER</u>

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the defendant's motion to dismiss for insufficient service of process is DENIED.  It is further

**ORDERED** that the defendant's motion to dismiss the plaintiffs' claims for a declaratory judgment, an injunction, and a tax refund for lack of subject matter jurisdiction is GRANTED.  It is further

**ORDERED** that the defendant's motion to dismiss the plaintiffs' claim for damages for failure to state a claim upon which relief can be granted is GRANTED.  It is further

**ORDERED** that the plaintiffs may amend their complaint to include a facial challenge to 26 C.F.R. § 301.7433-1 (2006).  The plaintiffs may not seek to amend their complaint in any other respect.  It is further

**ORDERED** that the plaintiffs' amended complaint shall be filed by September 25, 2006.

The defendants shall answer or otherwise respond to the plaintiffs' amended complaint by

October 30, 2006.

**SO ORDERED** this 22nd day of August, 2006.


REGGIE B. WALTON
United States District Judge