## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

STEPHEN J. LINDSEY            )
and                          )
PATRICIA LINDSEY,            )
                             )
        Plaintiffs,        )
                             )
    v.                       )       No. 1:05cv1761 (RBW)
                             )
UNITED STATES,               )
                             )
        Defendant.         )

### ENTRY OF APPEARANCE

Please enter the appearance of Pat S. Genis as attorney for the defendant in the

above-captioned proceeding, and strike the appearances of Jason S. Zarin and Jennifer L.

Vozne.

DATED: March 22, 2007.

                Respectfully submitted,

                /s/ Pat S. Genis
                PAT S. GENIS, #446244
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 227, Ben Franklin Station
                Washington, D.C.  20044
                Telephone: (202) 307-6390
                Facsimile: (202) 514-6866
                Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that service of the ENTRY OF APPEARANCE was made on

March 22, 2007, by mailing, postage prepaid, addressed to:

    Stephen J. Lindsey
    Patricia Lindsey
    9871 Standford Avenue
    Garden Grove, CA 92841


        /s/ Pat S. Genis_____
        PAT S. GENIS, #446244

2337960.1