UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. LINDSEY and PATRICIA L. LINDSEY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-1761 (RBW)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In accordance with a memorandum opinion entered this same date, it is

**ORDERED** that the plaintiffs' Motion for Relief from Order of Dismissal under [Federal Rules of Civil Procedure] 60(b)(3), [60(b)](6) is **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that the Court's order entered on October 4, 2006, is **VACATED** in part, and that the plaintiffs' claims for damages pursuant to 26 U.S.C. § 7433 (2000) are **REINSTATED**.

**SO ORDERED** this 1st day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1