## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| STEPHEN J. LINDSEY | ) | |
| and PATRICIA L. LINDSEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1761 (RBW) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

_____

## ORDER TO SHOW CAUSE

In accordance with a memorandum opinion entered this same date, it is

**ORDERED** that on or before April 1, 2008, the plaintiff shall either (1) file proof of

properly executed service of process on the defendant or (2) otherwise show cause why the Court

should not dismiss their complaint without prejudice.

**SO ORDERED** this 1st day of February, 2008.


REGGIE B. WALTON
United States District Judge

1