✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Stephen J. Lindsey, and Patricia L. Lindsey,

V.

United States

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   Civil Action No. 05-1761 (RBW)

TO: (Name and address of Defendant)

Michael B. Mukasey,
United States Attorney General,
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Lindsey, and Patricia L. Lindsey,
9871 Stanford Avenue
Garden Grove, California 92841
714 530 3399

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                3/20/08

_____        _____
CLERK                                                      DATE

◁. Davis

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 24 MARCH 2008 |
| NAME OF SERVER *(PRINT)*  John Butterfield | TITLE | NA |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent by EXPRESS MAIL EB 979101 555 45
950 Pennsylvan Ave
Washington D.C. 20530

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   24 Mar 08      John Butterfield
           Date          Signature of Server

340 Crown Vista Dr, Gardena, CA 90248
     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign in

**Track & Confirm**     **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: EB97 9101 555U S
**Status: Delivered**

Your item was delivered at 11:09 AM on March 25, 2008 in WASHINGTON, DC 20530 to JUSTICE 20530 PU . The item was signed for by A JENNINGS.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

