⬦AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Stephen J. Lindsey, and Patricia L. Lindsey,

**SUMMONS IN A CIVIL ACTION**

V.

United States

CASE NUMBER:   Civil Action No. 05-1761 (RBW)

TO: (Name and address of Defendant)

Jeffrey A. Taylor,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Lindsey, and Patricia L. Lindsey,
9871 Stanford Avenue
Garden Grove, California 92841
714 530 3399

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

NANCY MAYER-WHITTINGTON

_____        3/20/08
CLERK                                DATE

T. Davis
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | ᴧᴜ ᴍᴧᴍᴄ ᴜᴛ 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Butterfield | NA |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *Sent By EXPRESS MAIL EB979101569US to 555 4th street N.W., Washington DC. 20530*

## STATEMENT OF SERVICE FEES

| TRAVEL | 0 | SERVICES | 0 | TOTAL | $0.00 |
|---|---|---|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   24 march 2008     _John Butterfield_
              Date                  Signature of Server

                        _340 Crown Vista Dr, Compton CA 90248_
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE®**

# Track & Confirm

### Search Results

Label/Receipt Number: EB97 9101 569U S
Status: **Delivered**

Your item was delivered at 11:09 AM on March 25, 2008 in
WASHINGTON, DC 20530 to JUSTICE 20530 PU . The item was signed
for by A JENNINGS.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.   ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

## EXPRESS MAIL
UNITED STATES POSTAL SERVICE ®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

EB 979101569 US

| DELIVERY (POSTAL USE ONLY) | | | | |
|---|---|---|---|---|
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature | |
| Mo.      Day | | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature | |
| Mo.      Day | | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature | |
| Mo.      Day | | | | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ZIP Code | Day of Delivery | Postage |
|---|---|---|
| | ☑ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | Month      Day 25 | $ |
| Mo.  Day  Year | Scheduled Time of Delivery | COD Fee    Insurance Fee |
| | ☑ Noon ☐ 3 PM | $        $ |
| Time Accepted  ☐ AM ☐ PM | Military | Total Postage & Fees |
| | ☐ 2nd Day ☐ 3rd Day | $ |
| Flat Rate or Weight  lbs.  ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)* Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY**
☐ Weekend   ☐ Holiday   Mailer Signature

ROM: (PLEASE PRINT)    PHONE ( 310 ) 920 - 3948

John Butterfield
340 Crown Vista Drive
Gardena, CA 90248

TO: (PLEASE PRINT)    PHONE ( )

Jeffrey A Taylor
United States Attorney
555 4th Street NW
Washington, D.C. 20530

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

2 0 5 3 0 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

3/25/2008

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

EMS