IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN J. LINDSEY and PATRICIA LINDSEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:05cv1761 (RBW) |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

Having considered the United States' third motion to dismiss the complaint and memorandum in support thereof, any oppositions and replies thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2008, at Washington, District of Columbia,

ORDERED that the United States' third motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: pat.genis@usdoj.gov

STEPHEN J. LINDSEY
PATRICIA LINDSEY
*Plaintiffs pro se*
9871 Standford Avenue
Garden Grove, CA 92841

1577666.1