RECEIVED
JUN 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen J. Lindsey,<br>Patricia L. Lindsey,<br><br>    Plaintiffs,<br><br>v.<br><br>United States central government,<br><br>    Defendant | MOTION FOR ENLARGEMENT OF TIME, OR IN THE ALTERNATIVE A CONTINUANCE, PURSUANT TO RULE 6(b) FRCP<br><br>Judge:_____<br><br>Case. # __1:05cv1761 (RBW)__ |

----------------------------- oooOooo ------------------------------

COMES NOW plaintiffs <u>Stephen J. Lindsey and Patricia L. Lindsey</u> in the above numbered case, and submits this <u>Motion For Enlargement Of Time, Or In The Alternative A Continuance, Pursuant To Rule 6(b), FRCP</u>, and motions and petitions the court as follows:

1. On <u>May 22, 2008</u>, following plaintiffs reopening the above numbered case under the stipulation by the court that the defendants had not been properly served on the previous occasion of the commencement of the case, the defendant, through its counsel, filed a response to plaintiffs prior recommencement of action in their 7433 lawsuit against the defendant.

2. Counsel for the defendant, in such response, introduced challenges that plaintiffs were not aware of in their previous proceedings before the court, whether such unknown or unrealized introductions were incidental at the time, but which are appropriate that they should be responded to at this time in order that there not exist any prosecutorial point to be raised at a later time that would be denied prosecution by plaintiffs by way of a final decision of the court going to res judicata if plaintiffs were to fail to make those prosecutorial points at this time of this reopened case.

3. Because of the considerable evidence that needs more concise clarification than that which was introduced into the court on the previous occasion, certain of such evidence which may be deemed to be new evidence, proving competent 7433 grounds for prosecution of the defendant agent(s) whose contributions to the 7433 offenses are core to the questions involved in this case, requiring proper and lawful remedies where such offenses can be and are determinable as matters of fact, and not controverting points of law, plaintiffs need a larger amount of time than the standard amount afforded by the rule, for which they seek pursuant to this timely motion.

4. The additional time needed by plaintiffs in order to remount a proper case response to the defendant's response will not prejudice the defendants' rights in any critical way, so far as plaintiffs are aware;

5. There are a number of points of relevant law and surfacing realizations of facts that plaintiffs sincerely believes they can show the court as to why this case is justified and should be granted the opportunity to properly present their case in an appropriate, competent, and coherent manner, for which additional time is needed to respond to defendants' response to plaintiffs' more recent reopening of the case, which said defendants' response and recommendation both is and shall be objected to providing plaintiffs' are granted sufficient time to more competently and completely answer hereafter.

6. Due to plaintiffs' inability and inexperience with these legal matters, they have not had the opportunity to complete the necessary case supporting research in order to adequately respond to those points upon which the evidence shall rely, nor have plaintiffs' had sufficient time to subpoena records and bring forward testimony, whether or not

by way of certified court-reporter deposition hearing, from relevant parties in order to provide to the court such facts as it may rely upon, in order that plaintiffs, not the court, may develop their case and have due opportunity to shepardize and cohere its material content it into its final true, correct and proper legal format.

7. Pursuant to the fact that plaintiffs are not attorneys nor have legal expertise in such matters as are currently before them, in order to complete necessary research and to prepare adequately their answer to the defendants' counsel's response and recommendation to dismiss plaintiffs' case, plaintiffs need, and respectfully requests and hereby petitions the court for an enlargement of time in the amount of thirty (30) days, or such other amount as the Court shall concur with, from the date of approval by the Court of such said enlargement of time.

8. This extension is requested in good faith. This extension is not interposed for any improper purpose as to harass or delay this proceeding. Plaintiffs have not previously requested any prior enlargement, and does therefore respectfully so petition the honorable court for the aforementioned enlargement at this time.

TIMELY SUBMITTED

6 / 5 / 2008

_____    _____
Stephen J. Lindsey - Petitioner              Patricia L. Lindsey - Petitioner

9871 Stanford Ave.  Garden Grove, CA. – 92841

## CERTIFICATE OF SERVICE

I, Stephen J. Lindsey, hereby certify that I have filed a true and correct copy of this Motion For Enlargement Of Time, Or In The Alternative A Continuance, Pursuant To Rule 6(b), FRCP, with the United States District Court For The District Of Columbia, and have caused that a true and correct copy of the same be served by mail, by U.S. Postal Service, upon the parties and at the addresses as are shown below.

Pat Genis
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044


Dated this _5th_ day of _June_, 2008 A.D.


_____
  Stephen J. Lindsey