### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

_____
                                            )
STEPHEN J. LINDSEY                          )
and PATRICIA L. LINDSEY,                     )
                                            )
            Plaintiffs,                      )
                                            )
    v.                                       )        Civil Action No. 05-1761  (RBW)
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
            Defendant.                       )
_____)

### ORDER

The Court having reviewed the plaintiffs' Motion for Enlargement of Time, or[,] in the

Alternative[,] a Continuance[] Pursuant to [Federal Rule of Civil Procedure 6(b)], and it

appearing to the Court that there is good cause to grant the relief requested therein, it is

**ORDERED** that the motion is **GRANTED**.  It is further

**ORDERED** that the plaintiffs shall file their opposition to the defendant's renewed

motion to dismiss, if any they intend to file, on or before July 11, 2008.

**SO ORDERED** this 11th day of June, 2008.

REGGIE B. WALTON
United States District Judge