IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen J. Lindsey, <br> Patricia L. Lindsey, <br><br> Plaintiffs, <br><br> v. <br><br> United States central government, <br><br> Defendant | MOTION FOR ENLARGEMENT OF TIME, OR IN THE ALTERNATIVE, A SECOND CONTINUANCE, PURSUANT TO RULE 6(b) FRCP <br><br> Judge: Reggie B. Walton <br><br> Case. # 1:05cv1761 (RBW) |

------------------------------ oooOooo ------------------------------

COMES NOW plaintiffs <u>Stephen J. Lindsey and Patricia L. Lindsey</u> in the above numbered case, and submits this <u>Motion For Enlargement Of Time, Or In The Alternative A Second Continuance, Pursuant To Rule 6(b), FRCP,</u> and motions and petitions the court as follows:

1. On <u>June 5, 2008</u>, plaintiffs filed a motion asking for an enlargement or continuance, which motion this court granted effectively on or about <u>June 11, 2008</u>.

2. This motion, submitted within the time frame granted by the court, constitutes a pleading for necessary repeated extension of time in order that plaintiffs' case-rights might not lost based upon a lack of sufficient time to complete the same as a mere condition only.

**RECEIVED**

JUL 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Because the evidence that plaintiffs referred to in their previous motion for continuance or enlargement is not only considerable in its scope, but has proved to be, due to plaintiffs not being professional attorneys capable of working full time on their case, and having to pursue their legal research in public law school law libraries and by examining, more carefully than before, the relevant activities of the defendants as they pertain to prohibited Title 26 activities as the same come under the appropriate and applicable Law, plaintiffs need yet additional time in order to compile and shepardize their case based upon the prior related decisions reached by the various districts and circuit courts, in order to properly and with finality bring their aforestated new evidence and clarified case forward, which evidence will prove competent grounds and plenary jurisdiction for prosecution of the defendant agent(s) for their unlawful 7433 oriented offenses, which prosecution plaintiffs seek continued opportunity to do pursuant to this timely motion.

4. The additional time needed by plaintiffs in order to remount a proper case response to the defendant's response will not, any more than before, prejudice the defendants' rights in any critical way, so far as plaintiffs are aware;

5. Due to plaintiffs' inability and inexperience with these legal matters, they have not had the opportunity to complete the necessary case supporting research in order to adequately respond to those points upon which the evidence shall rely, nor have plaintiffs' had sufficient time to subpoena records and bring forward testimony, whether or not by way of certified court-reporter deposition hearing, from relevant parties in order to provide to the court such facts as it may rely upon, in order that plaintiffs, not the court, may develop their case and have due opportunity to shepardize and cohere its material content it into its final true, correct and proper legal format.

6. Pursuant to the fact that plaintiffs are not attorneys nor have legal expertise in such complex matters as are currently before them, in order to complete a preponderance of research necessary to prepare their final responses to the defendants' counsel's own response and recommendation to dismiss plaintiffs' case, plaintiffs need, and respectfully requests and hereby petitions the court for an additional enlargement of time in the amount of thirty (30) days, or such other amount as the Court shall concur with, from the date of approval by the Court of such said enlargement of time.

6. This second request has been made in good faith, and is not interposed for any improper purpose as to harass or delay this proceeding. Plaintiffs, though having previously requested a prior continuance or enlargement, believe, sincerely, that their work on this case will result meritoriously in bringing justice and closure relative to the wrongful acts of the defendants as originally charged or laid plaint against, and do therefore respectfully so petition the honorable court for the aforementioned enlargement of time at this time.

TIMELY SUBMITTED

7 / 11 / 2008

_____  _____
Stephen J. Lindsey - Petitioner    Patricia L. Lindsey - Petitioner

9871 Stanford Ave.  Garden Grove, CA. – 92841

## CERTIFICATE OF SERVICE

I, Stephen J. Lindsey, hereby certify that I have filed a true and correct copy of this Motion For Enlargement Of Time, Or In The Alternative A Second Continuance, Pursuant To Rule 6(b), FRCP, with the United States District Court For The District Of Columbia, and have caused that a true and correct copy of the same be served by mail, by U.S. Postal Service, upon the parties and at the addresses as are shown below.

Pat Genis
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044


Dated this __11th__ day of __July__, 2008 A.D.


_____
Stephen J. Lindsey