UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
STEPHEN J. LINDSEY               )
and PATRICIA L. LINDSEY,         )
                                )
        Plaintiffs,              )
                                )
    v.                          )    Civil Action No. 05-1761  (RBW)
                                )
UNITED STATES OF AMERICA,        )
                                )
        Defendant.               )
_____)

## ORDER

The Court having reviewed the plaintiffs' Motion for Enlargement of Time[] or[,] in the Alternative, a Second Continuance[] Pursuant to [Federal Rule of Civil Procedure 60(b)], and it appearing to the Court that there is good cause to grant the plaintiffs' request based upon their pro se status, but that any additional requests for extensions of time in which to file their opposition to the defendant's renewed motion to dismiss shall be denied absent extraordinary circumstances or the consent of the defendant, it is

**ORDERED** that the plaintiffs' motion is **GRANTED**. It is further

**ORDERED** that the plaintiffs shall file their opposition to the defendant's renewed motion to dismiss, if any they wish to file, on or before August 18, 2008.

**SO ORDERED** this 17th day of July, 2008.

                                    REGGIE B. WALTON
                                    United States District Judge