IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen J. Lindsey,<br>Patricia L. Lindsey,<br><br>    Plaintiffs,<br><br>v.<br><br>United States central government,<br><br>    Defendant | ORDER<br><br><br>Judge:  __Reggie B. Walton__<br><br>Case. #  __1:05cv1761 (RBW)__ |

---------- oooOooo ----------

Having read plaintiffs' response proposing the inclusion of a Rule 12 (e) pleading on the part of the defendant's counsel, as well as, in the alternative, plaintiffs' own stipulation that their pleading be otherwise regarded as a motion for more definite statement by the defendant's counsel under Rule 12 (e), and having considered these premises and found them reasonable and not a denial of any ordinary rights held by the defendant's counsel for further pleadings to be provided the court on this matter, the court therefore grants this order, to be given latitude to the defendant's counsel to choose from one choice of three, below, by not later than _____ days from the date that this order shall be distributed by the Clerk of Court to the parties named herein.

Accordingly, the choices which the defendant's counsel has to choose from, of which he may choose only one, to be made known, forthwith, to the court, are as follows:

1. To respond with a confirmation that the last pleading submitted by counsel existed, inter alia, as an ipso facto request for plaintiffs to provide a Rule 12 (e) - more definite statement of the facts upon which they rely in their complaint, now again before this court;

2. To file an original Rule 12 (e) pleading with this court as well as a copy thereof with plaintiffs, with such requests and other information as counsel shall deem necessary and proper for such pleading's effectiveness, petitioning plaintiffs' response thereto in accordance to the purpose of Rule 12 (e);

3. To recognize and regard plaintiffs' last pleading upon which this order is based as a Rule 12 (e) motion in its own right, by which this court hereby orders the defendant's counsel to answer to in full detail, within the time above prescribed, those petitions necessary for clarity as raised by plaintiffs therein.

_____
UNITED STATES DISTRICT JUDGE